## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## District of New Jersey

**Case** Number: 1:12-CV-01334-JBS-JS

Plaintiff:
**SAMMY ELSHAK, et al**

**vs.**

Defendant:
**IL MULINO, et al**

For:
Daniel Silverman
COSTELLO & MAINS, P.C.
18000 Horizon Way
Suite 800
Mount Laurel, NJ 08054

Received by TURBO Legal Support Services on the 19th day of April, 2012 at 10:00 am to be served on **IM NY AC, LLC c/o NATIONAL REGISTERED AGENTS, INC. OF NJ, 100 CANAL POINTE BLVD, SUITE 212, PRINCETON, Mercer County, NJ 08540**.

I, WILBERT SMITH, being duly sworn, depose and say that on the **19th day of April, 2012 at 12:00 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS AND COMPLAINT; CASE INFORMATION STATEMENT** with the date and hour of service endorsed thereon by me, to: **RONIQUE RAYSOR** as **Registered Agent** at the address of: **100 CANAL POINTE BLVD, SUITE 212, PRINCETON, Mercer County, NJ 08540** on behalf of **IM NY AC, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: Black,  Height: 5' 7",  Weight: 300,  Hair: Black, Glasses: Y

I the undersigned, certify that I am over the age of 18, being a competent adult without any direct interest in this litigation,

Subscribed and Sworn to before me on the 23rd day of April, 2012 by the affiant who is personally known to me and stated to my satisfaction that he is the person who executed this affidavit as his act and deed.

NOTARY PUBLIC

JENIFER LYNN HILTWINE
Notary Public
State of New Jersey
My Commission Expires Oct 18, 2016

**WILBERT SMITH**
Process Server

**TURBO Legal Support Services**
**417 Champion Avenue**
**West Collingswood, NJ 08107**
**(800) 887-8872**

Our Job Serial Number: TBO-2012000557
Ref: SAMMY ELSHAK

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t