**COSTELLO & MAINS, P.C.**
By:  Daniel T. Silverman
18000 Horizon Way, Suite 800
Mt. Laurel, NJ 08054
(856) 727-9700
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| SAMMY ELSHAK, GENE GREENWOOD and MICHAEL BUONASORTE, SR., individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IL MULINO, IM NY AC, LLC, t/a and/or d/b/a IL MULINO  and JOHN DOES 1-5 AND 6-10,<br><br>Defendants. | Civil Action No. 12-cv-1334<br><br>**Electronically Filed**<br><br><br>**NOTICE OF APPEARANCE** |

---

**PLEASE TAKE NOTICE** that the undersigned, Daniel T. Silverman of Costello & Mains, P.C., shall appear as counsel on behalf of Plaintiffs Sammy Elshak, Gene Greenwood, and Michael Buonasorte, Sr..

                                        **COSTELLO & MAINS, P.C.**


                                        By:    /s/ Daniel T. Silverman
DATED:  4/30/12                                Daniel T. Silverman